UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:10-cv-01573 |
| § | |
| $36,765.00 IN U.S. CURRENCY § | |
| Defendant § | |

## NOTICE OF FILING CERTIFICATE OF NOTIFICATION TO MICHAEL KALLAS

The United States of America files proof of notice to Michael Kallas of this forfeiture action. (Exhibit 1)[1]

          Respectfully submitted,

          José Angel Moreno
          United States Attorney

By:  /s/ Albert Ratliff
      Albert Ratliff
      Assistant United States Attorney
      Attorney-in-Charge
      NY Bar No. 1073907
      SDTX Bar No. 6764
      United States Attorney's Office
      P. O. Box 61129
      Houston, Texas  77208
      Office (713) 567-9579
      Fax (713) 718-3300

---

[1] All attached exhibits are incorporated in this notice.