UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-01573 |
| | § | |
| $36,765.00 IN U.S. CURRENCY | § | |
| Defendant | § | |

## CERTIFICATION OF NOTIFICATION TO MICHAEL KALLAS

1. I, Albert Ratliff, Assistant United States Attorney, declare under penalty of perjury that the following is true and correct.

2. On May 7, 2010, the Rule G Notice of Forfeiture, Complaint for Forfeiture in Rem, and Court Procedures were sent via First Class Mail and Certified Mail/RRR, to Michael Kallas, at her home address in Berkley, Massachusetts.

3. Here is a copy of the return receipt:[1]

---

[1] The home address and zip code of Michael Kallas have been redacted.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Michael Kallas<br><br>Berkley, MA | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1300 0000 6322 8576 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

Dated: May 31, 2010.

*[signature]*
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300