United States District Court
Southern District of Texas
FILED

JUN 1 0 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:10-cv-01573 |
| $36,765.00 IN U.S. CURRENCY<br>Defendant. | §<br>§<br>§ | |

## VERIFIED CLAIM

COMES NOW, Michael Kallas, 37 Townley Drive, Berkley, Massachusetts 02779 ("Claimant"), by and through his attorneys, who hereby states the following:

1. Claimant asserts an interest in the property that is the subject of this proceeding (the "property").

2. Claimant wishes to contest forfeiture of the property.

3. Claimant shall file an answer or motion pursuant to Rule 12 of the Federal Rules of Civil Procedure no later than 21 days after the filing of this claim.

## VERIFICATION

I, Michael Kallas, declare under penalty of perjury as provided by 28 U.S.C. § 1746 that I have read the complaint for forfeiture in rem, and that the foregoing claim is true and correct to the best of my knowledge.

*Michael Kallas*
Michael Kallas
*Claimant*

State of Massachusetts, County of __BRISTOL__

On this 10th day of June, 2010, before me, the undersigned notary public, personally appeared Michael Kallas, proved to me through satisfactory evidence of identification, which were __MA DL__, to be the person whose name is signed on the preceding or attached document, and acknowledged that he signed it voluntarily for its stated purpose.

My commission expires: __01/30/2015__

Dated:  June 10, 2010

Respectfully submitted,

*[signature]*

Lance Christopher Kassab, Esq.
Law Offices of Lance Christoper Kassab, P.C.
TX Bar No. 00794070
SDTX Bar No. 20092
1420 Alabama
Houston, TX 77004
Telephone: (713) 522-7400
Facsimile: (713) 522-7410
lck@texaslegalmalpractice.com
*Local Counsel for Claimant*

The Mooney Law Firm, LLC
1911 Capital Circle N.E.
Tallahassee, FL 32308
Telephone:  (850) 893-0670
Facsimile:  (850) 391-4228

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2010, I served via email and first class U.S. mail the foregoing Verified Claim to counsel for the plaintiff, Albert Ratliff, Esq., albert.ratliff@usdoj.gov, United States Attorney's Office, P.O. Box 61129, Houston, Texas 61129.

>Lance Christopher Kassab, Esq.
>Law Offices of Lance Christoper Kassab, P.C.
>TX Bar No. 00794070
>SDTX Bar No. 20092
>1420 Alabama
>Houston, TX 77004
>Telephone: (713) 522-7400
>Facsimile: (713) 522-7410