UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-01573 |
| | § | |
| $36,765.00, U.S. Currency, | § | |
| Defendant in rem. | § | |

**AGREED UNITED STATES' MOTION FOR AN AGREED
ORDER OF FORFEITURE AND FINAL JUDGMENT**

United States of America, Plaintiff, and Michael Kallas, Claimant, have agreed to settle this case. The parties have agreed that:

a. $18,382.50 shall be forfeited to the United States,

b. $18,382.50, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the Claimants,

c. the seizure of the Defendant in rem was reasonable under 28 U.S.C. §2465(a)(2) and 31 U.S.C. § 5317(b).

With the concurrence of the Michael Kallas, Claimant, the United States moves for an agreed final judgment of forfeiture.

Date: June 30, 2010.

Respectfully submitted,

José Angel Moreno
United States Attorney

By: s/Albert Ratliff
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129, Houston, Texas 77208
albert.ratliff@usdoj.gov
Office (713) 567-9579; Fax (713) 718-3300

Agreed as to form and substance:

_____
Michael Kallas, Claimant

_____
Lance C. Kassab, Attorney for Claimant