UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1573 |
| | § | |
| $36,765.00 IN US CURRENCY | § | |

## AGREED FINAL JUDGMENT

The United States' motion for an agreed final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of Defendant in rem $36,765.00 under 28 U.S.C. §2465(a)(2). It is ORDERED that:

1. $18,382.50 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of these funds;

2. The United States Department of Homeland Security shall return to Michael Kallas, Claimant, $18,382.50 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a check payable to Michael Kallas, c/o Trust Account Mooney Law Firm, 1911 Capital Circle N.E., Tallahassee, FL 32308:

3. The Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a final judgment.

SIGNED at Houston, Texas this 13th day of July, 2010.

_____
Kenneth M. Hoyt
United States District Judge